JAMES D. ARMSTRONG, Appellant, *v.* MINETTO-MERIDEN COMPANY, Respondent.

Reported below, 157 App. Div. 943.
(Argued January 5, 1914; decided January 13, 1914.)

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 11, 1913, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

The motion was made upon the ground that the order of reversal was not appealable to the Court of Appeals.

*O. H. Reilly* for motion.

*Gannon, Spencer & Michell* opposed.

Motion granted upon payment by appellant within twenty days of costs accrued to entry of this order; upon failure to comply with these terms the motion is denied, with ten dollars costs.